UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA J. GILCHRIST, Petitioner, v. YOLO COUNTY, et al., Respondents. | No. 2:15-cv-1093 MCE DAD P ORDER |

By order filed June 1, 2015, petitioner's habeas application was dismissed and thirty days' leave to file an amended application was granted. The thirty-day period has now expired, and petitioner has not responded to the court's order.

Local Rule 110 states that "[f]ailure of ... a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Federal Rule of Civil Procedure 41(b) authorizes dismissal of a case for a party's failure to prosecute his claims or for failure to comply with a court order.[1]

////

---

[1] Rule 12 of the Rules Governing Section 2254 Cases allows for the application of the Federal Rules of Civil Procedure to all such cases "to the extent that they are not inconsistent with any statutory provision of these rules[.]"

1

Petitioner will be given fourteen days in which to show cause to this court why his petition for writ of habeas corpus should not be dismissed due to his failure to prosecute his claims, pursuant to Federal Rule of Civil Procedure 41(b) and the Local Rules of this court. <u>Failure to show cause or otherwise respond to this order will result in a recommendation that this case be dismissed</u>.

Accordingly, IT IS HEREBY ORDERED that petitioner will be granted fourteen days in which to show cause in writing to this court why his petition for writ of habeas corpus should not be dismissed for his failure to prosecute his claims, pursuant to Federal Rule of Civil Procedure 41(b) and the Local Rules.

Dated: July 23, 2015

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

hm
gilc1093.osc